704

77 So.2d 499

**Oscar SHERMAN**

v.

**STATE.**

**5 Div. 611.**

Supreme Court of Alabama.

Jan. 20, 1955.

Sim S. Wilbanks, Alexander City, for petitioner.

Bernard F. Sykes, Asst. Atty. Gen., opposed (Code 1940, Tit. 55, § 239).

GOODWYN, Justice.

Petition of Oscar Sherman for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Sherman v. State, 77 So.2d 495.

Writ denied.

LIVINGSTON, C. J., and SIMPSON and MAYFIELD, JJ., concur.

76 So.2d 860

**Ex parte Louie A. McGRAW et al.**

**6 Div. 831.**

Supreme Court of Alabama.

Nov. 23, 1954.

Beddow & Jones, Birmingham, for petitioners.

John W. Johnson, Jr., Lanett, for respondent.

PER CURIAM.

Writ denied.

LIVINGSTON, C. J., and LAWSON, STAKELY and MERRILL, JJ., concur.

77 So.2d 506

**Ralph Thomas TURNER**

v.

**STATE.**

**7 Div. 271.**

Supreme Court of Alabama.

Jan. 20, 1955.

Richard C. Belser, Montgomery, for petitioner.

Bernard F. Sykes, Asst. Atty. Gen., opposed (Code 1940, Tit. 55, § 239).

GOODWYN, Justice.

Petition of Ralph Thomas Turner for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Turner v. State, 77 So.2d 503.

Writ denied.

LIVINGSTON, C. J., and SIMPSON and MAYFIELD, JJ., concur.